```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                          )   CASE NO: 06-41440-399
                                )
LURLINE HOGSETT                 )
                                )   CHAPTER 13
                                )
                                )
             DEBTOR(S)          )


                  LIST OF UNCLAIMED FUNDS AND ENTITIES
                     WHICH ARE ENTITLED TO PAYMENT

     COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


CENTRAL CASH ADVANCE
11821 ADIE RD                   $              67.53

MARYLAND HEIGHTS MO
136091              63043


                                /s/ John V. LaBarge, Jr.
                                -----------------------------------
DATE: November 30, 2010         JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
BG -091                         (314) 781-8100    trust33@ch13stl.com
```